KAIRIS ET AL. *v.* RESCOM LAND LEASING
CORPORATION

(Two Appeals in One Record)

[No. 537, September Term, 1965.]

*Decided October 11, 1966.*

*Motion for rehearing filed November 9, 1966, denied November 10, 1966.*

722

The cause was argued before HAMMOND, C. J., and HORNEY, MARBURY, OPPENHEIMER and McWILLIAMS, JJ.

*Jesse Spector* and *Simon Schonfield, Assistant City Solicitor of Baltimore,* with whom were *Spector & Frenkil, Joseph Allen, City Solicitor,* and *Ambrose T. Hartman, Deputy City Solicitor,* on the brief, for the appellants.

*John H. Hessey, IV,* with whom were *Mahlon W. Hessey* and *Hessey & Hessey* on the brief, for the appellee.

PER CURIAM.

This appeal, in essence, is a companion case to *Poe v. Mayor and City Council of Baltimore,* 241 Md. 303, 216 A. 2d 707 (1966). When the learned Chancellor rendered his opinion and filed the decree, *Poe* had not been decided. For the reasons set forth in *Poe* and *Mayor and City Council of Baltimore v. Seabolt,* 210 Md. 199, 123 A. 2d 207 (1956), the decree appealed from is reversed and the Bill of Complaint dismissed.

*Decree reversed and bill dismissed; costs to be paid by appellee.*